IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRAVIS BETTERSON,    )
                     )
    Petitioner,      )
                     )
v.                   )   CASE NO. CV420-005
                     )
SHERIFF JOHN WILCHER,)
                     )
    Respondent.      )
_____)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 2.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED WITHOUT PREJUDICE**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA