# United States District Court
## Southern District of Georgia

TRAVIS BETTERSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-5

SHERIFF JOHN WILCHER,

    Respondent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 6, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing to 28 U.S.C. § 2254 Petition without prejudice and rendering moot any request for in forma pauperis status on appeal.

| 2/6/20 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |